# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RICHARD D. EDMUNDS,<br><br>*Plaintiff*<br>v.<br>SPOKANE COUNTY JAIL PROPERTY ROOM, SGT JON DOE AND DEPUTY PROPP,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2:16-CV-00064-SAB<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Complaint, ECF No. 5, is DISMISSED for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian.

Date: July 8, 2016

CLERK OF COURT

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy